Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

JAMES ALLAN WILLITTS SR.
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

GDF SUEZ ENERGY NORTH AMERICA
ENGIE NORTH AMERICA INC.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

*FILED IN CLERKS OFFICE — 2018 OCT 26 AM 11:23 — U.S. DISTRICT COURT DISTRICT OF MASS.*

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: JAMES ALLAN WILLITTS SR.
   Street Address: 17 OVERLOOK DRIVE
   City and County: BELLINGHAM  NORFORK COUNTY
   State and Zip Code: MASSACHUSETTS  02019
   Telephone Number: 508-883-5940
   E-mail Address: JAMES WILLITTS @ GMAIL.COM

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   THE DEFENDANT IS A CORPORATION

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Engie North America Inc. / GDF Suez Energy North America Inc.
- Job or Title (if known): Power Generation
- Street Address: 1990 Post Oak Boulevard, Suite 1900
- City and County: Houston   Houston County
- State and Zip Code: Texas  77056-3831
- Telephone Number: 713-636-0000
- E-mail Address (if known): information@N.A.engie.com

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*CIVIL RIGHTS ACTION*

*BREACH OF CONTRACT*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* JAMES ALLAN WILLITTS SR., is a citizen of the State of *(name)* MASSACHUSETTS.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) **ENGIE NORTH AMERICA INC.  &DF SUEZ Energy N.A. Inc.** is incorporated under the laws of the State of (name) **TEXAS**, and has its principal place of business in the State of (name) **TEXAS**.

Or is incorporated under the laws of (foreign nation) _____.

and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

**SEE ATTACHED PAGE:**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**SEE ATTACHED PAGE:**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**SEE ATTACHED PAGE**

3) The Amount in Controversy

   A) $ 500,000.00

   B) On September 13, 2016, I had called in sick from work due to panic attacks. I had made doctor appointments to discuss my health problems. My depression and anxiety had reached a level that I could not function mentally or physically due to the harassment and intimidation that I had been exposed to at work from management at Pinetree Power. My doctors agreed that I needed time away from the work environment. My doctors prescribed additional medications and suggested that I take a medical leave from work and follow the company process. I completed the forms for short term disability and F.M.L.A. I was told that I had to be out of work for a minimum of four days before disability leave would start.

B) CONTINUED:

I had been on a medical leave after Sept. 13, 2016 through my termination letter that was sent to me on Dec. 1, 2016.

If I could not return to work with 100% clearance, no restrictions by close of business day of Dec. 6, 2016, the company will terminate my employment. My doctor had sent a letter stating that I would not be returning to work until after the first of the year in Jan. 2017.

I sent Engie management a letter explaining that I would not be able to start work and have the notice from my doctors return to work/fitness for duty by the aforementioned deadline.

There had been no correspondence from Engie after the termination letter.

I had been terminated on December 6, 2016 while I had been still on FMLA. I had 27.3 hours remaining on my FMLA on the date of termination.

Page 4.2

## III. STATEMENT OF CLAIM

A) I believe that I had been wrongfully terminated by my employer in retaliation.

B) I had been terminated while I still had 27.3 hours remaining on my FMLA.

C) I have documentation to back this claim.

D) This termination has caused severe pain and suffering to date.

## IV. RELIEF

A) I have experienced extreme depression and anxiety that has caused pain for myself and family. $300,000.00

B) Engie is a self insured company and made the decision to close my short term disability claim before my doctors received a form. Engie denied my disability claim after two weeks.

C) Wrongful termination. Lost salary. $175,000.00

D) Attorney fee's and expenses over $25,000.00

Page 4.3

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: OCTOBER 24, 2018

Signature of Plaintiff: *James Allan Willitts Jr.*
Printed Name of Plaintiff: JAMES ALLAN WILLITTS SR.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address